

# CERTIFICATE OF DEBTOR EDUCATION

I certify that on  07/22/2026,  Te'osha Williams

completed a course on personal financial management given by Sage Personal Finance,

an approved provider of debtor education in the  Middle District of Alabama  .

Case number:  26-80529

Certificate number:  ALM26-805294934224

Signed: /s/ Allison Geving, Ph.D.

Title: President, Sage Personal Finance