

# Certificate of Debtor Education

I certify that on  07/20/2026  Bruce Johnson _____

completed a course on personal financial management given by Sage Personal Finance,

an approved provider of debtor education in the  Middle District of Alabama  .

Case number:  26-80594

Certificate number:  ALM26-805944929499

Signed: /s/ Allison Geving, Ph.D.

Title: President, Sage Personal Finance