

# Certificate of Debtor Education

I certify that on  07/22/2026   Corey Maye

completed a course on personal financial management given by Sage Personal Finance,

an approved provider of debtor education in the  Middle District of Alabama  .

Case number:  22-31219

Certificate number:  ALM22-312194930101

Signed: /s/ Allison Geving, Ph.D.

Title: President, Sage Personal Finance